## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**          :

     **Plaintiff,**          :

     **vs.**          :          **Case No. 3:17cr51**

**VICKIE MCNABB,**          :          **JUDGE WALTER H. RICE**

     **Defendant.**          :

---

## AMENDED PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

Date of Scheduling Conference                **7/26/2017**

Jury Trial Date                                   **10/2/2017**

Final Pretrial Conference (by telephone)     **Monday, 9/25/2017 at 5:00 pm**

Motion Filing Deadline

    Oral and Evidentiary Motions             **9/1/2017**

    Other Motions                             **9/8/2017**

Discovery Cut-off                                **9/15/2017**

Speedy Trial Deadline         **waived by Defendant's Motion to Continue 6/26/2017 trial date, cancellation of plea set for 7/26/2017 and acceptance of 10/2/2017 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a).**

August 25, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE