# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-cr-00051 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| VICKIE McNABB, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DECISION AND ENTRY

This matter came before the Court for hearing on January 22, 2018 before Chief United

States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and

Recommendations.  (Doc. #21).   Having conducted a full colloquy with Defendant Vickie

McNabb, the Magistrate Judge concluded that Defendant's plea of guilty is knowing,

intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as

to Counts 1, 2, and 3 of the Information.

The Court, noting that no Objections to the Report and Recommendations have been

filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report

and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the

findings by the United States Magistrate Judge, this Court adopts the findings and

recommendations of the United State Magistrate Judge, and finds that Defendant Vickie

McNabb's guilty plea was knowing, voluntary, and intelligent.   Final acceptance of

Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

Walter Herbert Rice
United States District Judge