IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff,<br><br>vs.<br><br>Vickie McNabb<br>SSN: \*\*\*-\*\*-4637<br>                        Defendant,<br><br>and<br><br>JEFFREY ALLEN MCNABB,<br>IN HIS CAPACITY AS EXECUTOR<br>FOR THE ESTATE OF DOROTHY GAY<br><br>                        Garnishee. | CASE NO: 3:17-CR-0051-001<br>JUDGE RICE |

## GARNISHEE ORDER

On December 16, 2022 a Writ of Continuing Garnishment ("Writ") was duly issued to the Garnishee, ("Garnishee") and the Estate of Dorothy Gay. (Doc.No.48) The Writ was served upon the Garnishee (Doc.No. 53, Exhibit B) and The Estate of Dorothy Gay (Doc.No. 53, Exhibit C).

Pursuant to the Writ, the Garnishee filed an Answer on March 28, 2023 stating that Garnishee is in possession, custody or has in its control, personal property belonging to and due the Defendant. (Doc.No.52)

The Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff any possession and or it its control belonging to the debtor or until further Order of this Court.

Dated: 8-2-23

_____
UNITED STATES DISTRICT JUDGE