# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Vickie McNabb | ) | CASE NO: 3:17-CR-0051-001 |
| SSN: \*\*\*-\*\*-4637 | ) | JUDGE RICE |
|           Defendant. | ) | |

## ORDER TO SUBSTITUTE VICTIM FOR PURPOSES OF RESTITUTION

Upon motion of the government, it is hereby ordered that the Crime Victims Fund be substituted as a victim for Dorothy Gay in the above referenced case. It is hereby further ordered that the claim originally held by Dorothy Gay be subordinated to all other restitution claims in this case.

IT IS FURTHER ORDERED that all the current and future restitution payments due to Dorothy Gay be made payable to the Crime Victims Fund.

**IT IS HEREBY ORDERED.**

_____
UNITED STATES DISTRICT JUDGE